No. 00–5116 (00A25). YOUNG v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied.

JULY 18, 2000

No. 99–10191. SCHERER v. G. E. CAPITAL CORP. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 46. 

JULY 19, 2000

No. 99A1064 (99–2055). SHEA v. FLORIDA JUDICIAL QUALIFICATIONS COMMISSION. Sup. Ct. Fla. Application for stay, addressed to JUSTICE THOMAS and referred to the Court, denied.

No. 00–5258 (00A66). BRAUN v. KEATING, GOVERNOR OF OKLAHOMA, ET AL. C. A. 10th Cir. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Certiorari denied.

JULY 25, 2000

No. 99–10042 (99A1046). SORIA v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.